IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02477 WYD KMT

PAUL ANDREW BOERGER,

    Plaintiff,

v.

FIDELITY INVESTMENTS,

    Defendant.

---

**JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE OF PLAINTIFF'S CLAIMS**

---

Paul Andrew Boerger ("Boerger"), and Fidelity Workplace Services LLC ("Fidelity"), incorrectly named in the Complaint as "Fidelity Investments," by and through its undersigned attorneys, stipulate and agree that all of Boerger's claims against Fidelity, the Defendant in this action, be, and hereby are, dismissed with prejudice. Each party is to bear his or its own costs and attorney's fees.

Dated: MARCH 25 2011        Respectfully submitted,

                                            PAUL ANDREW BOERGER

                                            */s/ Paul Andrew Boerger*
                                            Paul Andrew Boerger
                                            5065 Stoneridge Drive
                                            Loveland, CO 80537
                                            Telephone: 970-744-5780
                                            paul.boerger@gmail.com
                                            Plaintiff, *Pro Se*

and

FIDELITY INVESTMENTS INSTITUTIONAL
SERVICES COMPANY, INC.

By their attorneys,

/s/ Heather G. Magier
Heather G. Magier
Howard Shapiro
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Telephone: 504-310-4084
Fax: 504-310-2022
hmagier@proskauer.com
howshapiro@proskauer.com

– and –

Paul S. Enockson
John B. Moorhead
BAKER & HOSTETLER LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203-1264
Telephone: 303.861.0600
Fax: 303.861.7805
penockson@bakerlaw.com
jmoorhead@bakerlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed through the ECF system on ___March 29___, 2011, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Heather G. Magier
Heather G. Magier

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02477 WYD KMT

PAUL ANDREW BOERGER,

    Plaintiff,

v.

FIDELITY INVESTMENTS,

    Defendant.

**[PROPOSED] ORDER
DISMISSING ALL CLAIMS WITH PREJUDICE**

On this day, the Court considered the Joint Stipulation of Dismissal With Prejudice of claims by Paul Andrew Boerger ("Boerger") against Fidelity Workplace Services LLC ("Fidelity"), incorrectly named in the Complaint as "Fidelity Investments." After considering the stipulation, the Court hereby dismisses all claims asserted by Boerger against Fidelity in this action with prejudice. Each party shall bear his or its own costs and attorneys' fees.

Signed this _____ day of _____, 2011.

_____
WILEY Y. DANIEL
UNITED STATES DISTRICT JUDGE